AO 92
(Rev. 6/83)

# COMMITMENT

| United States District Court | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ALTARIQ GUMBS | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>10-mj-7065-01 |

The above named defendant was arrested upon the complaint of

charging a violation of   21   U.S.C. §   846, 841(a)(1) and 841(b)(1)(C)

| DISTRICT OF OFFENSE   NEW JERSEY | DATE OF OFFENSE<br>Nov. 2008 - Dec. 2008 |
|---|---|

DESCRIPTION OF CHARGES:

Conspiracy to possess and possession with intent to distribute a quantity of heroin

BOND IS FIXED AT
$

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_____04/26/10_____                         _____
         Date                                United States Judge or Magistrate

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |