| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ALTARIQ GUMBS<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>MAG NO.: 10-7065 (ES)<br><br><br>**NOTICE OF MOTION FOR AN ORDER GRANTING PRETRIAL RELEASE** |

TO:   Hon. Ester Salas, U.S.M.J.
      Martin Luther King, Jr. U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07101

      A.U.S.A. Lisa Marie Colone
      Office of the United States Attorney
      970 Broad Street
      Newark, NJ 07102

      A.U.S.A. Melissa Lyn Jampol
      Office of the United States Attorney
      970 Broad Street
      Newark, NJ 07102

      A.U.S.A. Robert Fraiser
      Office of the United States Attorney
      970 Broad Street
      Newark, NJ 07102



      VIA ECF

SIR/MADAM:

PLEASE TAKE NOTICE that the undersigned will move before the Hon. Ester Salas, United States Magistrate Judge, District of New Jersey for an Order granting Altariq Gumbs Pre-Trial Release.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the attached certification of counsel. Oral argument is requested if timely opposition is filed.

Dated: December 2, 2010

/s/ Thomas Ambrosio
Thomas Ambrosio, Esq.

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ALTARIQ GUMBS<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>MAG NO.: 10-7065 (ES)<br><br><br>**CERTIFICATION OF COUNSEL** |
|---|---|

I, Thomas Ambrosio, of full age hereby certify as follows:

1.　I am an attorney at law admitted to the practice in the state of New Jersey and before the United States District Court District of New Jersey. I make this certification in support of my client, Altariq Gumbs' application to be released on bail pending trial.

2.　The defendant is charged in the captioned Criminal Complaint with knowingly and intentionally conspiring and agreeing with others to distribute and possess with intent to distribute a quantity of heroin in violation of Title 21 U.S.C. Sections 841(a)(1) and 841 (b)(C) and Title 21 U.S.C. Section 846.

3.　The complaint alleges by way of Attachment B that the defendant, while incarcerated in an Arizona State prison conspired to sell 10.0 grams of heroin.

4.　Altariq Gumbs is a 33 year old native of the City of Newark, New Jersey. On or about November 30, 2003 he was sentenced to a negotiated 10 year New Jersey State Prison sentence for a manslaughter charge to which he pled guilty.

5.　In 2004 Gumbs was moved to an Arizona State prison to serve the remainder of his New Jersey prison sentence. On April 24, 2010 Gumbs was released from custody in connection with the New Jersey prison sentence, however, he was immediately placed into the custody of the United States

Marshall service and transported to the United States District Court of New Jersey to face the above described charges.

6.    On April 26, 2010, Gumbs, consented to detention without bail and without prejudice pending trial. An Order of Detention Pending Trial was signed on the same day by Hon. Claire C. Cecchi, U.S.M.J.

7.    Gumbs now petitions the Court to be released upon conditions to be enumerated below and in accordance with 18 U.S.C. section 3142.

8.    Gumbs contends that the Court can impose conditions of release which will reasonably assure his appearance at all Court hearings and which will not endanger any other person or the community.

9.    The factors which the Court must take into account when deciding to grant bail to a defendant pending trial are contained in 18 U.S.C. section 3142(g) and it is submitted that the Court may make a qualitative assessment of all factors giving more weigh to some factors than other factors, with the primary objective being, "Can conditions of the defendant's release be ordered which will reasonably assure his appearance in court and not endanger any individual or the community.?"

10.    While Gumbs is charged with a heroin distribution conspiracy, admittedly a serious offense, it is far from being a major drug conspiracy. The base sentencing guideline for 10 grams of heroin, for which Gumbs is accused of conspiring to distribute, is level 16. A level 16 exposes Gumbs to a low of 21 months and a high of 57 months in prison depending upon the criminal history category.

11.    Since this case is pre-indictment and vitually no discovery has been provide by the government, Gumbs cannot adequately assess the weight of the evidence against him and submits the Court should not give much weight to this factor.

12.    Gumbs submits to the Court that he is an individual with strong ties to the community and his character is such that he is not a danger to any individual  person or the community in general.

13. Attached hereto as "Exhibit A" for the Courts review is a "Petition for the Release of Al-Terif Gumbs" that was circulated by Gumbs' family in the community of Newark and signed by over 360 people. The petition is signed by members of Gumbs' community and attests to the fact that he is not a danger to the community.

14. In addition to the community petition attached hereto as "Exhibit B" are letter from 21 family members or friends in support of Gumbs and many of the letters vouching for Gumbs as an person committed to stopping violence and who is painfully aware of his past wrong doings. These letters it is submitted further establish that Gumbs will appear in court if released and that he will not be a danger to the community.

15. "Exhibit C" attached hereto contains 2 letters, one from Principal Ras Baraka from Newark Central High School who is also a Newark Councilman. The letter speaks for itself, however, Mr. Baraka indicates that he feels Gumbs can help out in conflict resolution with the youth in Newark and have "invaluable input". The second letter is from Pastor Osborn of Bethel Counseling Services in Newark who indicates that Gumbs has been accepted into a 24 month aftercare program which helps men reenter the community after serving time in prison. These 2 letters are from person unrelated to Gumbs. The first letter establishes that Gumbs, far from being a danger to the community, can actually help resolve community conflicts and the second letter establishes an additional level of supervision would be upon Gumbs if he were to be released pending trial.

16. There is nothing contained in the criminal complaint and its attached affidavit from FBI Special Agent Brian K. McCaffery, that supports a finding that a specific person would be in danger if Gumbs were to be released. In addition there is nothing in the complaint to indicate that Gumbs now is a risk of committing any violent act.

17. Gumbs readily admits he committed a violent act in his past when he was a younger person, however, he submits that he has served his time for that past violent act and has gone through years of anger management counseling and self reflection which have taught him that violence has hurt his community.

18. Gumbs' mother, Deborah Hall Gumbs, lives in Montclair, New Jersey and has consented to have Gumbs live at her apartment if the Court were to grant Gumbs bail, subject to approval from Pretrial Services.

19. Gumbs would consent to being on 24 hour home confinement with electronic bracelet monitoring if granted pretrial release.

20. Gumbs has several financially secure family members and friends who would agree to sign bonds as further assurance of his appearance in court and of not posing a threat to the community.

21. If released to home confinement Gumbs would almost immediately become supervised by New Jersey Parole giving another layer of assurance that Gumbs appear in court and does not pose a threat to the community.

22. Thus, if Gumbs were to be given pretrial release there would be no less than 3 agencies that would monitor him and could report to the Court any violations of his release conditions: Pretrial Services, New Jersey Parole and Bethel Counseling Services.

23. While Gumbs and his family are of very limited financial means, he does have some family members or friends who own modest houses which such owners would post as further security, if the Court so ordered.

24. Gumbs' has his roots in New Jersey, has never lived outside of Newark, and has not been employed for the 9 years he has been in confinement, thus, his risk of flight is greatly diminished.

25. In conclusion, the role of bail is not to punish a defendant, but rather to assure that the defendant appear for all court hearings and not pose a risk to any individual or to the community.

26. It is respectfully submitted that given the foregoing facts that the Court can impose sufficient conditions of release to assure the appearance of Gumbs to Court and to further assure the safety of any individuals and the community upon his release.


I hereby certify that the foregoing statements made by me are true. I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: December 2, 2010

　　　　　　　　　　　/s/ Thomas Ambrosio
　　　　　　　　　　　Thomas Ambrosio, Esq.

# EXHIBIT A

# ***PETITION FOR THE RELEASE OF AL-TERIF GUMBS***

We as the community has chosen to be apart of this petition.
We here by state that Al-Tarif Gumbs is a man that has rightfully served his time in jail. We
also understand that he was supposed to be released this year, April of 2010 due to the
lack of evidence. We are well aware that the
state continues to hold Al-Tarif Gumbs as of today.

We as the community are asking for the release of Al-Tarif Gumbs as he has already
served 9 years in prison thus far. We are not in fear of him being released and we are not
discouraged by Al-Tarif Gumbs past. Al-Tarif Gumbs deserves a chance to come home,
allowing him the opportunity to be apart of his family, solely as a father to his son which
he has lose many years of being a part of his child's life. A child should not suffer due to
his father's past mistakes. We all make mistakes and we all must learn from those
mistakes. Al-Tarif Gumbs has rehabilitated himself and served his time. As a father
rehabilitating his self he can come home to his son to make sure that he does not follow in
his footsteps. He can give his son the guidance and nurturing that he needs. Al-Tarif can
help others from making the same mistake he has and all that he has been through.

| Name | Email/address |
|------|---------------|
| 1. LAMONT T. VAUGHN | NEWARK Anti-Violence coalition@ facebook.com |
| 2. Prints | Kingdaysino@ yahw. Com. |
| 3. Tony Hartimvas | Tone Tony 459@gmail.com |
| 4. Amirah Andrews | amirahandrews@yahoo.com |
| 5. Cynthia Andrews | 228 No. 7th St. Newark, NJ |
| 6. Carol Andrews | 900 Franklin Ave Nwlk N. J. | Caroltimetoshine@Gmail.com |
| 7. Natasha Nyland | NatashaNyland@yahoo.com |
| 8. Keith Oakley | 218 21 St |
| 9. Re Dixon | 92 ORANGE AVE |
| 10. Luther Williams | 119 14th Ave -246-2950 |
| 11. Diane Harris | 518 S. 15th St 405-7049 |
| 12. Charlie Croom | 14B MAY St. |
| 13. Ms Clenton | 566 12 St Newark |
| 14. Victor McCunick | 15 Hill St Nwlk |
| 15. Kic Davison | 678 Soil Street Nwrk |
| 16. Francis Wiggins | P.O. Box 1242 E.O. |
| 17. Denise Joyner | 225 So 13 St |

18. Natalie Rowe 530 B 50 19th st. Newark
19. W/S Basemah Harvey 438 So. 13th St. Nwk 07103
20. Zwa Rekki 356 Clifton Ave
21. Michael Gillem 435 So 10th St Nwk
22. Kathy Smith 353 So. 10th Nwk
23. David Johnson 135 So 10th
24. Lum Ann J Johnson 255-50 8th Cffee r
25. Novugh Powell 78 Sunset Nwk, N. I. 07106
26. Gary Powell 20 Sunset Nwk, NJ 07106
27. Wayne Powell 20 Sunset Nwk, NJ 07106
28. Shamoan Artis 134 grove st Nwk NJ 07106
29. Dwane Winfree 429 5 19th
30. Myrna Laguna 176 Eastern Pkwy =
31. Junisha Murray 862-452-8446
32. Craig Bostre 862-588-1830
34. Charles Nilson 862-866-6690
35. William Ebron 862-915-5193 DAN2278@Yahoo.com
36. PicBett P.O. Box 20206 Nwk, NJ 07102
37. Malik Auman 973399-0240
38. April Gruler (732)424-7361
39. Mauirce Kebok 69/ Elizabeth Ave 862-241-1690
40. Kemeth Faison 292 14th Ave 973.332-4722
41. Ramon Hernandez 973-241-6672
42. Michael John 60 Scfl Frauu NJ
43. Roger Miller 43 So. 16th St Newalk
44. Horace Oliver 83 Nfth Mun N Gp
45. Helped Jackson 471 So 14th St (862) 400-6154
46. Marilyn Luck 418 Grove St -822-452-2480

47. _Tarta C Dawkins #4 Bertha Ct Nwk Nj 07103_

48. _Grace R Brown #4 Bertha Ct, Nwk, Nj 07103_

49. _[illegible handwriting]_

50. _[illegible handwriting]_

51. _[illegible handwriting]_

52. _[illegible handwriting]_

53. _____

54. _____

55. _____

56. _____

57. _____

58. _____

59. _____

60. _____

61. _____

62. _____

63. _____

64. _____

65. _____

66. _____

67. _____

68. _____

69. _____

70. _____

71. _____

## "PETITION FOR THE RELEASE OF AL-TERIF GUMBS"

We as the community has chosen to be apart of this petition.
We here by state that Al-Terif Gumbs is a man that has rightfully served his time in jail.
We also understand that he was supposed to be released this year April of 2010 due to the
lack of evidence. We are well aware that the state continues to hold Al-terif Gumbs as of
today.

We as the community are asking for the release of Al-terif Gumbs as he has already
served 9 years in prison thus far. We are not in fear of him being released and we at time
are not discouraged by Al-terif Gumbs past. Al-terif Gumbs deserves a chance to come
home, allowing him the opportunity to be apart of his family, solely as a father to his son
which he has lose many years of being a part of his child's life. A child should not suffer
due to his father's past mistakes. We all make mistakes and we all must learn from those
mistakes. Al-Terif Gumbs has rehabilitated himself and served his time. As a father
rehabilitating his self he can come home to his son to make sure that he does not follow
in his footsteps. He can give his son the guidance and nurturing that he needs. Al-terif
can help others from making the same mistake he has and all that he has been through.

| | NAME | EMAIL / ADDRESS |
|---|---|---|
| 1. | ALTARIQ HANNAH | 8SQUADMUSIC@GMAIL |
| 2. | Timothy Mebredez | KTRN734@aol.com |
| 3. | Domique Carter | PChulo@aol.com |
| 4. | Mujahid Bray | Bray Mujahid@yahoo.com |
| 5. | DAMAR HURST | lardiss@yahoo.com |
| 6. | Mason Bam | MASONLBAM@yahoo.com |
| 7. | Sean Stover | block014/270@hotmail.1 |
| 8. | Dwain Jles | CDoll#2003@aol.com |
| 9. | Kevin McMillan | Phonetic12@yahoo.com |
| 10. | MALL VLADIMIR | MENTPLUS2@hotmail.com |
| 11. | Dwayne Sheppard | DwayneSheppard9@yahoo.com |
| 12. | IBN BAHA | Aavilu56@Hotmark.com |
| 13. | DEON Alexander | |
| 14. | Chaula Smith | Remie973N@ymhps.com |
| 15. | Rob Coleman | eagv52@gmail |
| 16. | Shahid Wilkins | ssghd.shahd@Mailco.com |
| 17. | Lynda Jason | Lynamanjuaijncalcandy.com |
| 18. | Sultana M Ahmed | Taga2125@yahoo.com |
| 19. | Persia Medford | biamintz@aol.com |
| 20. | Rus Mill | persiaKittens@yahoo.com |
| 21. | J-MILLS | Rjc177@hotmail.com |
| 22. | Ruben Lopez | |
| 23. | Andrew Holleman | Andrew_Holleman_6@yahoo.com |
| 24. | Robert Craver | prymeprolifik@gmail.com |
| 25. | Rich Farricker | crhymes1b4@gmail.com |
| | Hakeem Coleman | 108 SO. 11th St |
| | PASI JN WIT. H'll | |
| | LEMON HEAD | |

26. Joseph SAA — ONECKO730@yahoo.com
27. Tanisha Peay — peay Tanisha87@yahoo.com
28. Jacquline Bateman — zazizook@yahoo.com
29. Dashawn Jones — BrickCity@yahoo.com
30. Monique Little — MAlicko53@yahoo.com
31. Maleiba Griffith — malebala@all.com
32. Bobby Griffith — 529 So 20 St DBlinda NS
33. D. Pirato VEDSE — ONESOLUTIONONLY@yahoo.com
34. Marcus M. — QUIS224u@yahoo.com
35. Shahid Williams — 71 Stockman Pl Iev. NJ
36. Shemin Sexton — 648 Grove St Irvingm-nj
37. Tiffany Wells — 678 Grove St. Irvington N.J.
38. Treacy Burns — 312 21st Irvington NJ
39. Hakeem Coleman — 108 So. 11th St. Newark N.J.
40. James Wheeler — 28 Breckenridge Irington NJ.
41. Vanessa Lamb — 343-347 16th ave.
42. Anthony Young — 933 19th St. Newark NJ
43. Tim Muhammad — 46 North Arlington Ave E.O.
44. Yolanda Murphy — 312 21st Street Irvington, NJ 07111
45. Anthony Haskell — 334 17th Avenue Irv.
46. Abdul Muhammad — 33 Normandy Pl Roselle
47. Gary Williams —
48. Robert Flythe — 307 Mynie Ave Irvin
49. Rashawn Mitchell — 361 N.J. C.J.
50. Leroncia McKoy —
51. Jerome Malbon — 94-D 18th Ave Newark 07103
52. Richard Davis — 138 Pine Grove Terr NWK 07106
53. John Fleming — 40 Hilton St. E.O 07019
54. Mustafa White — 130 22nd St Irv 07111
55. Edward Hayes — 154 B Court Ste. Nwk N.J 07102 rjhayes1@yahoo
56. Darrell Craig — OSOBigBoy@mail.com
57. Corleo Melvin — 248 Schley Ave, Nwk NJ 07112
58. Darrell Terry — dee07111@optimmm.net
59. Quran Ali — 425 Avon Ave. 07112
60. Teddy Hinton — 12 Davis Pl East Orange NJ 07817
61. Paul Eden — 148 Port Munn E.O.
62. Dashawn Dilinger — 88 17 St Newark N.J.
63. Taiwan West Sr. — 638 Grove Street NJ
64. Deemoe W.K. — 31 14th ave
65. Lurie Singleton — 358 14th ave. Irvington NJ. 07111 SrK120367 Aol
66. Charles Roach —
67. Tyreemoon —
68. Christopher Moon — ChrisMoon91@gmail.com
69. Alan Aberdeen — 265 4 Ave NJ 07111
70. Mrs Monique N Robinson-Brown — 519 18th ave. Nwk NJ 07103
71. Mr. Khario T. Brown — 4 Bertha Ct Nwk NJ 07103

N1

# ***PETITION FOR THE RELEASE OF AL-TERIF GUMBS***

We as the community has chosen to be apart of this petition.
We here by state that Al-Tarif Gumbs is a man that has rightfully served his time in jail. We also understand that he was supposed to be released this year, April of 2010 due to the lack of evidence. We are well aware that the
state continues to hold Al-Tarif Gumbs as of today.

We as the community are asking for the release of Al-Tarif Gumbs as he has already served 9 years in prison thus far. We are not in fear of him being released and we are not discouraged by Al-Tarif Gumbs past. Al-Tarif Gumbs deserves a chance to come home, allowing him the opportunity to be apart of his family, solely as a father to his son which he has lose many years of being a part of his child's life. A child should not suffer due to his father's past mistakes. We all make mistakes and we all must learn from those mistakes. Al-Tarif Gumbs has rehabilitated himself and served his time. As a father rehabilitating his self he can come home to his son to make sure that he does not follow in his footsteps. He can give his son the guidance and nurturing that he needs. Al-Tarif can help others from making the same mistake he has and all that he has been  through.

| Name | Email/address |
|------|---------------|
| 1. Deirdre Weir | DEEDEEWeir@msn.com |
| 2. Andrew Griffith | Andrew_Griffith@yahoo. |
| 3. Yvonne Singleton | Ysingleton51@yahoo.com |
| 4. Nhjee LeeSang | 50 north muan |
| 5. Stephanie Rodriguez | BubblesDeluxe187@aol.com |
| 6. Ashley Larry | Samiyah619@gmai |
| 7. Boobie Jones | 453 S.18th Newk NJ |
| 8. Khalif Harris | 973 341-0889 NWK NJ |
| 9. Drissa Perry | Missidrissa1@yahoo.com |
| 10. ERICK SERMEAN | |
| 11. Vincent Lowe | 973-674-0437 |
| 12. Ricky Braxton | 973-868-5072 |
| 13. Malikah Griffin | mellomalikah@yahoo.com |
| 14. Zamirah Gray | Zamirahgray@yahoo.com |
| 15. Aniah Griffin | miradiles@yahoo.com |
| 16. Justin Stafford | (201)233 2090 |
| 17. Ricky Brown | (201)237 2090 |

18. Tamikael Pierce          mebnai 420Tahoe.com
19. MALAY GARVIN             CAyDollA@yahoo.com
20. Bocquan Stephenson
21. OMAR BARRETT 0047 gorve st
22. Aquasay Harris     5750.17th
23. Jon Holloway     862 307 3256
24. Denzel Dozier 862-307-3256
25. Kevin Vega     954 864 0418
26. wallace Johnson    $600 3504
27. TONY RAGLAND    973-517-5439 28Roosevelt TERR.
28. Jefalt mont 973-855-9331
29. Sha'Marcus Drayton
30.
31. Emary Holland
32. Tyron Williams
34. Rasee Lockwood
35. Dashawn Hill
36. Rashonda Clemmons (973) 264-5269
37. Taquil Williams
38. Sharon Hutchins
39. Colita Griffin
40. Harriet Conway
41. Patricia Conway
42. Rose Little     195 14th Ave.
43. Shaheem Williams    swilliams07060@gmail.com
44. J LPelle)
45. Shemmon Whittle
46. Deborah Simms BKAMILAH91@YAHOO.COM

47. Samuel Rivera
48. Susu Sutter
49. Khalil Richard
50. Hasson Mclendon
51. Zafir Parker
52. Alvis Price
53. Eugene BRADRY
54. Michelle Bailey
55. Dominique McRae
56. Rita PRINCE
57. Jihad Abul-Jatif
58. Rashid A. Siddeeq
59. Hassan Shamsul Deen
60. Leon Williams
61. Juanita Berium
62. Eric Peña
63. WALTER BERRY    Walter G. Berry
64. Nicole Wiley
65. Shaheed Jarrett
66. Ladisha Jeffcoat
67. Onetia Corley
68. WAYNE RUSSELL
69. WILLIAM BROWN
70. Raberta Johnson
71. Tecumsa Goodman

72. Bobby White                          973 242 0297
73.
74. Ta Toro + Asway                       973 842 0297
75. Abdul Shakoor                         862 576 6603
76. R. Winfrey                            973 - 264 - 3200
77. Yolanda Flomm                         973 - 444 - 0243
78. J. Solomon                            973 - 393 - 6403
79. Tyan Blenn
80. Mike Peace Baptist                    MaeFireTrucking 305.Hotmail.com
81. Kethwin Phillips                      973 - 898 - 7658
82. Cheryl Davis
83. Malikah Coleman                       2935 14th St Nwk Apte - 973-412-5484
84. John Ward
85. Jamil Harris                          174 Srove terr
86. Calvin Mett                           346 - 14 AVE - 18 St
87. Tevin Edwards
88. Taliyah Walker
89. Kareem Clyburn                        973 - 588 - 9531
90. Saquanna Chark                        973 - 336 - 5324
91.
92.
93.
94.
95.
96.
97.
98.
99.
100.
101.
102.
103.
104.
105.
106.
107.
108.
109.
110.
111.
112.
113.
114.
115.
116.
117.

# ***PETITION FOR THE RELEASE OF AL-TERIF GUMBS***

We as the community has chosen to be apart of this petition.
We here by state that Al-Tarif Gumbs is a man that has rightfully served his time in jail. We
also understand that he was supposed to be released this year, April of 2010 due to the
lack of evidence. We are well aware that the
state continues to hold Al-Tarif Gumbs as of today.

We as the community are asking for the release of Al-Tarif Gumbs as he has already
served 9 years in prison thus far. We are not in fear of him being released and we are not
discouraged by Al-Tarif Gumbs past. Al-Tarif Gumbs deserves a chance to come home,
allowing him the opportunity to be apart of his family, solely as a father to his son which
he has lose many years of being a part of his child's life. A child should not suffer due to
his father's past mistakes. We all make mistakes and we all must learn from those
mistakes. Al-Tarif Gumbs has rehabilitated himself and served his time. As a father
rehabilitating his self he can come home to his son to make sure that he does not follow in
his footsteps. He can give his son the guidance and nurturing that he needs. Al-Tarif can
help others from making the same mistake he has and all that he has been through.

**Name**                                    **Email/address**

1. Sharif Amenhotep 512 Orange St sharif512@yahoo.com
2. DRD BOMANI 258 WASHINGTON ST Bigbreezy973@yahoo.com
3. Natasha Allen natashapallen@yahoo.com
4. Sybil Outing 130 Prospect St E O NJ 07017
5. Dereck Z Rhynes 375 Prospect ST. E. NJ 07017
6. Randy Robinson 20 BACHMAN PL NWK NJ
7. JoAnn Sims 436 Holiday CT Nwk NJ
8. DARRYL DAVIS 301 S ORANGE AVE NWK
9. Rodney Johnson 38 14 Ave NWK N.J.
10. John Edmonds 390 So Orange Ave Newark NJ 07103
11. Berry McPhun 23 Roome St
12. Mario Rivera
13. Samson Callaway 437 S 15t Nwk
14. Yvonne Hutcherson 651 South 13th St Nwk
15. 73 South 13 St Nwk
16. Char Wood 527 18 So Stre
17. Sameed Bell 752 So 16st Apt#2

# PETITION FOR THE RELEASE OF AL-TERIF GUMBS***

We as the community has chosen to be apart of this petition.
We here by state that Al-Tarif Gumbs is a man that has rightfully served his time in jail. We also understand that he was supposed to be released this year, April of 2010 due to the lack of evidence. We are well aware that the
state continues to hold Al-Tarif Gumbs as of today.

We as the community are asking for the release of Al-Tarif Gumbs as he has already served 9 years in prison thus far. We are not in fear of him being released and we are not discouraged by Al-Tarif Gumbs past. Al-Tarif Gumbs deserves a chance to come home, allowing him the opportunity to be apart of his family, solely as a father to his son which he has lose many years of being a part of his child's life. A child should not suffer due to his father's past mistakes. We all make mistakes and we all must learn from those mistakes. Al-Tarif Gumbs has rehabilitated himself and served his time. As a father rehabilitating his self he can come home to his son to make sure that he does not follow in his footsteps. He can give his son the guidance and nurturing that he needs. Al-Tarif can help others from making the same mistake he has and all that he has been through.

| Name | Email/address |
|------|---------------|
| 1. NIRA WIGGINS | |
| 2. Nazeem Brown | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. Robert Hopkins | |
| 8. | |
| 9. Z. Cherry | |
| 10. Tyquan Moyes | |
| 11. | |
| 12. Matthew Stewart | |
| 13. Shannon Harris | |
| 14. Shánte Harris | |
| 15. | |
| 16. | |
| 17. | |

# ***PETITION FOR THE RELEASE OF AL-TERIF GUMBS***

**We as the community has chosen to be apart of this petition.
We here by state that Al-Tarif Gumbs is a man that has rightfully served his time in jail. We also understand that he was supposed to be released this year, April of 2010 due to the lack of evidence. We are well aware that the state continues to hold Al-Tarif Gumbs as of today.**

**We as the community are asking for the release of Al-Tarif Gumbs as he has already served 9 years in prison thus far. We are not in fear of him being released and we are not discouraged by Al-Tarif Gumbs past. Al-Tarif Gumbs deserves a chance to come home, allowing him the opportunity to be apart of his family, solely as a father to his son which he has lose many years of being a part of his child's life. A child should not suffer due to his father's past mistakes. We all make mistakes and we all must learn from those mistakes. Al-Tarif Gumbs has rehabilitated himself and served his time. As a father rehabilitating his self he can come home to his son to make sure that he does not follow in his footsteps. He can give his son the guidance and nurturing that he needs. Al-Tarif can help others from making the same mistake he has and all that he has been through.**

| **Name** | **Email/address** |
|----------|-------------------|
| 1. Patricia Minott | P.Minott@Eastorange.K12.Nj.us |
| 2. Dawn Korb | Sstar@Aol.com |
| 3. Fareedah Brown | Fareedahbrown@hotmail.com |
| 4. Beth Robinson | BROBINSON7922@AOL.COM |
| 5. Shaquille Flemory | SFlemory@Yahoo.com |
| 6. Shea Richardson | S.richardson@eastorange.K12.nj.us |
| 7. Aliyah Williams | Aliyahwilliams95@Yahoo.com |
| 8. Treh Rimey | t.rimsey@eastorange.K12.nj. |
| 9. Shaquille Burns | Shaq620@gmail.com |
| 10. EMANUEL CHAMORRO | ElBELLAYC20C6@msn.com |
| 11. Elijah Bonner | BonnerElijah@yahoo.com |
| 12. Corey Jackson | Succafree23@yahoo.com |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |

18. _[signature]_
19. _[signature]_
20. Patricia Clemons
21. Denise Holloman
22. _[signature]_
23. _[signature]_
24. _[signature]_ Brown
25. Carmel Johnson
26. _[signature]_
27. Louis Shephard
28. Nikia Jones
29. Kawuan Freer
30. _[signature]_
31. Allisha Cush
32. Fu_ wilson
34. _[signature]_
35. _[signature]_
36. Almisha McCollum
37. _[signature]_ Burwell
38. Chuck Moss
39. Trisha Cush
40. Vicki Woodhouse
41. Mark Jones
42. Steve Cook
43. Wayne Norris
44. Marisa Vaha
45. _[signature]_ Brown
46. Shawn R_

# ***PETITION FOR THE RELEASE OF AL-TERIF GUMBS***

We as the community has chosen to be apart of this petition.
We here by state that Al-Tarif Gumbs is a man that has rightfully served his time in jail. We also understand that he was supposed to be released this year, April of 2010 due to the lack of evidence. We are well aware that the
state continues to hold Al-Tarif Gumbs as of today.

We as the community are asking for the release of Al-Tarif Gumbs as he has already served 9 years in prison thus far. We are not in fear of him being released and we are not discouraged by Al-Tarif Gumbs past. Al-Tarif Gumbs deserves a chance to come home, allowing him the opportunity to be apart of his family, solely as a father to his son which he has lose many years of being a part of his child's life. A child should not suffer due to his father's past mistakes. We all make mistakes and we all must learn from those mistakes. Al-Tarif Gumbs has rehabilitated himself and served his time. As a father rehabilitating his self he can come home to his son to make sure that he does not follow in his footsteps. He can give his son the guidance and nurturing that he needs. Al-Tarif can help others from making the same mistake he has and all that he has been through.

| Name | Email/address |
|------|---------------|
| 1. | |
| 2. | 323 Summer Ave  3rd flau |
| 3. Marion Reed | 763 |
| 4. James Brown | 470 N 19th St |
| 5. Hakeem Green | 435 S 19th St  3rd fl |
| 6. Siddeequah Williams | 267 14th  2ndfl |
| 7. | 458 14th |
| 8. | 458 So.19th  2 fl. |
| 9. | 426 14 |
| 10. | 973-495- |
| 11. Davies Bennett | BigP |
| 12. | 17 So 19 St |
| 13. | 360 14 |
| 14. | 839 |
| 15. Prophet Bellinger | 137 |
| 16. Omar Williams | 584 So 19 St |
| 17. EMMETT GREEN | 450 SO 19 ST |

18.
19. Robert _____ 6241 5th Avenue ____ E.O. N.J
20. Bupeem Quick .188/ Amherst Street
21. Feli Yaheem White 279 Fairmount Ave.
22. Ashanti A. Street 14 Belgvim St.
23. Malarah Burrows 80 N Munn Ave.
24. Laura Echols 457 So 18th St
25. Ebony LewSang 266 South harrison
26. AARon Warren 384 South 19ᴿ Street Newark N.J.
27. Odleecya Graham 442 South 10th Street newark NJ
28. Jose Peres 346-14. Ave Newark. NJ
29. Harry _____
30. Isayat Fall 439 19 Street, Nwk. NJ
31. Sharon South 365 14th St
32. Ellen Wright 365 14th St
34. Reggie Gordon 300 S 12th Street Nwk, NJ 07·03
35. Sheila Clyburn 860-922-8370
36. Ronald Cody
37. Jamillah Boaler (973)757-4717
38. Lamont Booker
39. Rozhon Hester 973-393-2217
40. Medina Grant 973 393 2242
41. Nebra Hollinger 94 16th Ave Apt 1B.
42. Areesha Smith 72 16th Ave
43. Michelle Williams 32 N Maple Ave.
44. Iniqua Youngblood South 13th St. Nwk
45. Maryetah Butler 478 S 16 Street
46. Quincy Darrell 942 So 16th Street

47. _Andre Hickson_ 423 _South 19ᵗʰ Street_
48. _Asia Phelps_
49. _Nateassan Cromer_
50. _Willie Jackson_
51. _Jolada is ojer_
52. _Canul William_ 605 15th Av.
53. _Malik Muhamad_
54. _Kevin Johnson_ 933 So. 16th St.
55. _Shanell Mule_ 324 Ellis Ave
56. _Sandra Jaxy_ 12 New St.
57. _Katinah Wede_ 329 S. 21ˢᵗ Street
58. _Luvell Jordd_ 549 Grove St
59. Shamieeah Clyburn
60. _Scott Gatz_
61. Simmore Wagner 474 S 13 Street
62. Kasyrawn Hanniah
63. _Sia Aadin_ 589 15th Ave
64. Tony L Parrish 175A Winding Wood Dr Sayreville n. J.
65. Gregory Stephens 333 So. 10ᵗʰ St
66. Jarrich Tucken 593 15th Ave Newark N.J 07103
67. Jamal R. Gonzalez 63 Berkshire Pl. IRV. N.J. 07111
68. DeanDrah Campbell 476 S 13 ᵗʰ st nwk nj 07103
69. _____
70. _____
71. _____

# EXHIBIT B

Sept. 27,10

To whom this may concern,
To the honorable Judge that
Stands before my brother from another
mother. My Name is Ashanti A. Street
I am now 23 years. At the time that
I met this man Altariq Combs, I was
trapped in a place secluded by a mother
and a step father That only understood
me in a way that did not fulfill my
emotional and mental state of well being.
At age 8, now knowing and remembering
him to This day, He became part of
my life in a way where his words were
genuine and factual, his presence help
me to become who I am now. I
Remembered at one time one wanted to
leave home and I ran to him for
Support, hoping that he would say lil sis
come or stay out here with me. Instead
he looked at me with a stern but
brotherly look; "like Little sis school is
your father, and home is your mother
so get there. If any one deserve a
second chance its him, Something
I learned its The man who makes
himself not his surrounding. He taught



Sept. 27, 10

To whom this letter
May concern,
I DANNISHA Clyborn A member
OF the Newark Anti-Violence
Coalition. I'm writing on
the behalf OF Al-Terik Gumbs.
I am stating that I, know
all About his pass And know
that I now have a concern
About his Future. Myself being
Apart of the community is
Saying that A man once in
there life time has done A
wrong doing AND Rightfully
being punished by the wrong
doing AND serving the time
Should be able to come home
AND live A new life. Also
State the I live no Fear of
Any man breathing the same
Air as myself. The time of
Knowing the brother he Shows
his honor lolaty AND Respect.

I think that this man should
be able to come home AND
be a Father first as a son
AND a husBAND so with
saying all that I think he
deserve a chance thank you
For taking out the time
to read my letter.

P.S.

Nov. 2, 10

To whom this MAY
CONCERNE, I, DANNISHA
Clyburne writing on the behalf
of the book. How to keep your
kids Away From gangs. The
book talked about what street
Gangs are. How to know From
different signs that your
Chid is in a gang. It talk
About why people join the gangs.
Also, what parents can do. To
me, I've learnod that I can
Stress the importance of school
and getting A carcer. Spend
more time with my children.
Encourage my children into
getting involved in recreational
programs. Also help them develop
Self-control and the main
thing is communicate with
them more often about
there concerns.

I, Jayuck Tucker, ask that the honorable judge overseeing my brother Al-Tery Jumbs receives a chance to come back home. I am not afraid of him and look forward to collaborating with him when he comes home to help again and beautify the city of Newark New Jersey back to its natural form which involves love, education, community engagement and a family-oriented environment. Mr. Jumbs has made some bad decisions in life and has turned his mentality and life around to help build our community contructively. We are all human beings so we make some mistakes but as we mature and come to reality thats when you learn from them to avoid it in the future. Last but not least Al-Tery Jumbs is a living influence to all people going

November, 6, 10

To the honerable person or Judge
that may read this letter I Thomas-
Parker Son of Al-terif Gumbs
is writing on his behalf saying that
Since he has been in my life he has
been telling me about why I Should
not Join a gang. The things he has
been telling me is that I Shouldn't
Join a gang because all a gang is
going to do in my feture is
Crush all my dreams, I won't
become nobody in life. I always
wanted to be a profesinal basketball
Player. They might make me do
Something that is very wrong
and I will be behind bars. A
gang will also beat me down because
I did Something wrong or did not
listen. And, I don't want to be told
to do something, and if I don't
listen I will get something
Called a DP. A DP is when a whole

Dear Honor

My Name is Carolyn Gumbs, And Alter is my Newpuf. and he Live with me all his Life and he was Not a Violent Person Mader of fest he was a very Sweet Boy and then he grow to be a young Adult he use to hepp help me and my Kids around the House And yes he Made Mistake Just Like a Lot of People do Because we are all human But so Time in our Life we grow up and Live life Like we Suppost to So you See he did his Time for his Crimes that he Commited and you People don't went to Let him go he Not a MENACE to Socitey he Just was a young men who made a Lot of Mistake But he is grow Now And Trying to Start all over Again. if you give him a Chance to Live the Right way Now.

God Bless you
From Carolyn Gumbs

Dear your honor

My Name is Deborah Gumbs Hall
And I am mother Al-Terif Gumbs
my son is Not the mouster that
the media Says he is my son
is Loving, Kind, And caring
And if he is why did he Not
Retaitate when his 2 got murder
in the streets he my son
I lost 2 son. Just shoot down
in the streets I only have
2 sons left. Please Don't take
him from me. He have a son
that he have miss a lot of Time
with him my son is Not the man
that the man the media says he
is speak And you will

See for yourself he loving
Caring, gentle: May God bless
you
Thank you very much
Mrs Deborah Dunbs Hall

PS. I have enclose a copy of
his book that he wrote in 2000
or
2002
his Brothers Obitraurie
the certificate and his Ged
that he obtain in Arizona

Dear, Your Honor

MY name is Verlinda Hall I am Mr. Alterifs Sister. I have Know my brother all my life and I have never Known him to be a violent Person.

Now listen I Know my ~~Person~~ word doesn't mean anything but listen he is my only brother that actully listens to me I can tell him about my problems I love him so much.

Mr. Alterifs has been through some ~~thangs~~ things. Like our brothers deaths and our grandmothers. In alterifs spare time he would talk to his son my ~~X~~ nephew Alterajr he is so Sensitive, Sweet and caring.

In conclusion Mr Alterifs doesnt deserve to go to jail he is my brother I only have Please don't take another away from me Please :‑(

From
Verlinda Hall

To whom, it may concern, I am writing
this letter to express my concerns about
my ~~Bran~~ Son and I'am wondering why
his release has been up held. He was
given a sentence and he served his
time so don't you think it's time
for his release. He was excited to see
me when I visited Bergen County jail on
August the 10ᵗʰ and, before then it was
2003 when my grandmother passed away.
Alterif was a good kid that's what
I remember all these stories that I
have read on the ~~@~~ internet doesn't
Seem like him so I am wondering
how hard it is going to be on him
to get back to life and to get a job.
He has two kids a boy and a girl
12 and 13 years old that needs a father
figure and ~~#~~ there guidance. I have so
much that I will like to say not
about him but the media was so
ambiguous about my son and writing
these stories with no clue but was
so negative. One investigator saying
She know he did these things

and she really didn't know anything
and this thing about the tatoo's everybody
wear tatoo's you probably have alot of
law enforcement, athletes, doctors and lawyers
that wear tatools and calling him a killer
so to my knowledge it was one person
that was killed by whom I can't answer
that question but, he was given a sentence
and he served his time so don't you think
it's time to release him. We as a
family shouldn't be writing any letters
because, he served his time Release him,

Thank you,
Alvin T Green

ALvin T. Green

P.S.,
I am trying to understand this
conspiracy thing that I om hearing about
he has been locked up for 8th it seems
to me that they whoever are trying
to manufactor charges. Release him please!!!
Because, you know that theirs nothing
their.

September 8, 2010

To whom it may concern my name is
Adreanne Green I am speaking on behalf
or Mr. Gumbs I am his little sister age 16.
Well I only met my brother once because
we live in virginia so I would really
like to get to know him when I losted
saw Mr. Gumbs was when my greatgrandmother
passed away and I was so happy to see
him couldn't nobody tear us apart. So I
will really like For you to take consideration
of my letter

Thank you,

Adreanne Green

Adreanne Green

9/8/10

To the people of the court.

I writing this letter on behalf of my brother Altariq Gumbs. I feel an strongly believe that he has learned his lesson. By all accounts he has educated and reformed himself while he was away. Me myself along with the rest of his family miss him dearly and would like to see him again. He always has been a good brother and he is a great father. It would be nice to see him enjoy the rest of his life with this family. I hope that yall can see that he is not a bad person but that he's a human being trying to make it like everyone else. Please allow my brother another chance to pick up the pieces and rebuild his life. Thank you.

Alvin Nixon
Little Brother.

To Whom It May Concern,

My name is Stephanie Larew, I am the Step-Mother of McGumbs. He has been in my life for almost 25 years. I would like to see him release. He has a younger brother who is 17 and a sister who is 16. I belive once he is released he can form a big brother relationship will both of them. They have not seen him but once or twice. He has had his problems but, I think once he has been around positive family members he will be good. He is a good son and will be a good brother if we set the chance to be.

Thank you
Stephie

Dear Judge

This is camisha Cumbs I am
a writing this letter on the behalf
of my brother Altons Cumbs.
I have know him all his life
his has never been what
people is trying To make him
out to be. There are many
of people that Love my brother
I Do believe that a Altons Cumbs
need to get Another chance
To make a change. There
are books that I ready that he
write. Trying To make a
chance one of the bad is how
To keep your kids out of
gang there are more that i
know of. i just really wish
that he could have another
chance. you know that his
son need him so that he
Could have a chance in so
something he never had I Dont
No what To say To Let you
Know. I believe in him

9/n/10

RE: The State of New Jersey/Release of Al-Tarif Gumbs.

Good day, my name is; Tracey D. Williams. I am writing this letter to you on behalf of my cousin, Al-Tarif Gumbs, and his possible release. Al-Tarif is very dear to me, he is also an essential part of my family who's prescence is very much needed and wanted. Al-Tarif has always been a devoted son and loving grandson, who has missed out on the last years of both his grandmother lives. Al-Tarif has lost a lot during his nine year sentence due to his irresponsible choices. However, Al-Tarif is now a mature man that has a teenage son who is thirteen. Al-Tarif would like to be here to guide his son in a way that will not allow his son to grow upon the unrighteous path he once followed. Al-Tarif is also a husband who wants to restore his relationship with his wife Hanesha, who is an avid activist in our community. Together they would like an opportunity to work

The State of New Jersey / Release of
Al-Tariq Sumter.                                    9/17/10

With the community in preventing
gang violence. Al-Tariq is very intelligent
as well as ambitious to pursue his
career as an author, entrepreneur and
motivational speaker. If given the
chance, with his strong leadership
skills and his sheer determination
I'm sure Al-Tariq will prove
himself, both worthy of and
beneficial to the community. Thank
you for taking time out of your very
busy schedule to hear me and
my family's story.

Greatfully yours,

Tracey L. Williams
Tracey         3
Cota      9/17/10

9/27/10

To whom it may concern,

My name is Shania Green and I'm writing on behalf of my cousin Al-Jerig Thumbs. I truley do believe with all my heart and with God's guidance that he has learned alot for the choices he has made in the past. I've always know Al-Jerig to be a loving, caring and devoted individual. Yes, the decisions he have made may not have been the smartest but I know if he could turn back the hands of time he would definitely be with his family doing the right thing. Everything we do in life has consequences, and yes for the last nine years he paid with not being able to live free. In coming to you with all have to tell you that he can only show you that he's a changed man, with only a chance. During his incarceration he's lost alot but one thing he haven't lost was his faith to change. Being family oreiented plays a big part for our family. So I am coming to you before God and our family to ask for his realease. Thank you for your time,

Shania Green

To Whom this may Concern,

My name is Rasheeda Gumbs
an I am writing this letter on the be-
helf of my cousin al-terif Gumbs, He is
a loving Caring person. As Al-terif site
in jail for the last (9) nine years
of his life he had ample enough time
to think and to change. elf and only
if al-terif is this monster that you
all makes him out to be, & why he
Can't Change. Why is it so impossible
for him to change. We as people are
always so quike to yell Change is
good, everyone desires a Change.
So again I ask why when it comes
to Al-terif it's different and impossible.
I believe deep down in my heart that
Al-terif is not the monster that he has
been giving credit for. He have given
the System to much of his time, when
he have a 13 year old son out here. He
needs to be out here with his son leading
and guiding his son to make better clesion
he have made. His son needs him now
more then ever. So please if you see fite

October 3, 2010

To whom it may concern,

I am writing this letter in regards of my nephew. I believe in my heart that if he is giving a chance to show not only you but also his family that his life has change for the better. I help to raised him and he has alway been a big part of our lives. Being in the justice system for nine years has shaped his life to show maturity and growth in the right direction. If he can be allow giving the opportunity to live a long and piaceful life on the outside. I believe he can and will make better choices not only for him but also for his family. Thank you for your time.

Greatfully yours,
Valerie Pilen

Sept 27, 2010

To Whom it may Concrend

I am writing this letter in regards of my great Nephew, mr. Alteric Gumbs. Who is incarcerated in your prison systems I would like to say to the Justice System Why I think he deserves another Chance? OF all the time I have Known him, he has Shown to be a very caring person to his Family and all people around him. I hope that the Justice systems will See that he has made that Change and is ready to prove to the people that he can live his life as a good Citzen. We all makes mistakes, but We Can learn From them, and I believe he have learned from his mistakes, I think he is ready to be a Free man and he is deserving of that Chance.

Yours Sincerly

Mary Williams

Sept 27, 2010

To whom it may concern my cousin
is not the bad person people makes
him out to be. He is a big part
of our family andwe miss him
a lot. we have been theughtalot
of family affairs good andbad
with out him, An we needed
him there for support he could
not be there because he was in
Arizona state prison conplex. Now he
has a chance to turn his life around
an teach his children andfamily to
do better andright from wrong,
Just as he has learned in the
many years of being in prison
We ask for you the court system
to give him another chance


Very truly yours

Jessey 3Williams

# EXHIBIT C

## THE NEWARK PUBLIC SCHOOLS
### Central High School
246-250 18ᵗʰ Avenue
Newark, New Jersey 07108
Phone: 973-733-6897
Fax: 973-733-8212



Dr. Clifford B. Janey
State District Superintendent

Ras Baraka
Principal

Rochelle Hendricks
Acting Commissioner of Education

November 10, 2010

To Whom It May Concern:

I am writing this letter on behalf of Mr. Al-Terif Gumbs. I hope that this letter will serve as an attempt to provide some relief to Mr. Gumb's situation. I have known Mr. Gumbs through his reputation only before I decided to write this letter which was not always favorable. Over the past few years I have had the opportunity to communicate with him through mail and have been personally impressed by his writing and passion to self correct and be an asset to our community. This particularly becomes important because his new outlook and conviction can have a very positive and serious influence on our ability in the school's and neighborhoods to begin to affect change in the lives of our children. Personally as a Principal and Councilman, it is very important for me to develop conflict resolution and assistance for young people that often find themselves in precarious situations based on their bad decisions and given circumstances. I believe that Al-Terif can be a critical piece in this mission. His invaluable input and dedication would be irreplaceable. It is my hope that we can find a way to allow Mr. Gumbs to continue this necessary work in our community. It is unfortunate that he finds himself in this situation and that it took him to encounter these circumstances to find out who he is and what he was put here to do, and that he was not able have in his life what we have the ability to put in other's lives before they make similar decisions.

I hope that this letter will serve to provide the necessary insight and assistance that will allow Mr.Gumbs to have the opportunity to make amends to his community, and continue down the proper path that will allow him to use his skills and passion in a meaningful and productive way.

If you have any further questions I can be contacted at (973) 733-6625.

Ras Baraka

Principal

"Changing Hearts and Minds to Value Education"

# Bethel Counseling Services Inc.
## 65 Pierce Street
## Newark, New Jersey 07103
## 973 – 643 – 6565
## reginaldosborne@comcast.net

November 17, 2010

Mr. Thomas Ambrosio
750 Valley Brook Avenue
Lyndhurst, New Jersey 07071

Dear Mr. Ambrosio,

      This letter is in reference for Mr. Al – teris Gumbs who will be accepted into our 24 month aftercare program for men and women reentering our community when they are released from prison. Enclosed is an outline of the services that we provide. We will keep his ISP officer updated on his progress. Please contact me and let me know what our agency must do to expedite this change. Our program is licensed by The New Jersey Department of Human Services in Trenton, New Jersey. We really want to help this young man. As I stated above our agency will keep the courts updated on Mr. Gumbs drug tests and attendance for the next two years.

Sincerely,

Pastor Reginald Osborne Ph.D, LCSW, LCDVC 1V