UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Mag. Number: 10-7065-01 (ES) |
| v. | : | |
| ALTARIQ GUMBS, | : | O R D E R |

The Court having conducted oral argument on December 20, 2010 in regards to the defendant's motion for an order granting pretrial release,

It is on this 20th day of  DECEMBER, 2010,

ORDERED that the defendant's motion for an order granting pretrial release is hereby DENIED.

                                                             E/Esther Salas
                                    Esther Salas, U.S. Magistrate Judge